**LAW OFFICE OF ALONZO GRADFORD**
Attorney at Law (SB# 244201)
1202 "H" St., Suite C
Modesto, California 95354
Telephone:      (209) 408-0342
Facsimile:      (209) 408-0797

**LAW OFFICE OF SANJAY S. SCHMIDT**
Attorney at Law (SB# 247475)
1686 Second St., Suite 219
Livermore, CA 94550
Telephone:      (925) 215-7733
Facsimile:      (925) 455-2486

Attorneys for Plaintiff

**SUSANA ALCALA WOOD**
City Attorney (SBN 156366)
**JAMES F. WILSON**
Senior Deputy City Attorney (SBN 107289)
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| **ARMANDO OLVERA**, | **CASE NO. 1:11-CV-00540-AWI-GSA** |
| Plaintiff, | **STIPULATED REQUEST TO VACATE TRIAL DATE AND FOR A NEW SCHEDULING ORDER; ORDER** |
| vs. | |
| **OFFICERS MARK ULRICH, BRADLEY BEAVERS, BRIAN KLEIBER, RANDY RADUECHEL, SERGEANT TIM HELTON, DOES 1 THROUGH 30, and CITY OF MODESTO, a municipal corporation,** | |
| Defendants. | |

1    The parties stipulate as set forth in the numbered paragraphs below, based on the

2    following facts:

3    A.  The Scheduling Order (Dkt. #10) set forth the following deadlines and dates:

4        *Initial Disclosures due by 7/7/2011; Non-Expert Discovery due by 2/24/2012; Expert*

5        *Disclosure due by 3/30/2012; Supplemental Expert Disclosure due by 4/27/2012;*

6        *Expert Discovery due by 5/25/2012; Non-Dispositive Motions filed by 6/1/2012;*

7        *Dispositive Motions filed by 6/29/2012; Pretrial Conference set for 9/27/2012 at*

8        *08:30 AM in Courtroom 2 (AWI) before Chief Judge Anthony W. Ishii; Jury Trial set*

9        *for 11/6/2012 at 08:30.*

10   B.  Since then, the parties made their initial disclosures and have actively engaged in

11       discovery, including the exchange of written discovery requests.

12   C.  However, there have been a number of delays in the production of the documents

13       requested by Plaintiff, due to circumstances out of Defendants' control.  Plaintiff's

14       Request for Production of Documents was served on Defendants the second week of

15       August, 2011, and Defendants have diligently attempted to marshal the requested

16       documents.  However, a variety of technical difficulties, other mishaps, and other

17       circumstances have forestalled the production of the documents, which resulted in

18       them being served the week of February 2, 2012.  The next phase of Plaintiff's

19       discovery plan depends on the documents Plaintiff was awaiting, but the current

20       cutoff for non-expert discovery is 2/24/2012, which is a drastically inadequate

21       amount of time to complete non-expert discovery.  Additionally, the presence of

22       counsel for Plaintiff is required in numerous other matters, including a number of jury

23       trials, motions, evidentiary hearings, and depositions throughout the months of

24       February and March.

25   D.  The parties are confident that discovery will actively proceed from this point forward

26       in this matter, now that the initial glitches have been resolved.

27   E.  Based on the circumstances described above, the parties now respectfully and jointly

28

2

STIPULATED REQUEST TO VACATE TRIAL DATE AND ISSUE NEW SCHEDULING ORDER: CASE NO.
1:11-CV-00540-AWI-GSA

1  request that the court vacate the currently set jury trial and concomitant scheduling

2  order and set a new jury trial date, with a scheduling order of dates proportionally set

3  to this new date.

4  WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court

5  order that the Scheduling Order (Dkt. #10) be modified to reflect the deadlines listed below,

6  which retain approximately the same intervals as presently exist between the successive dates:

7  1.  Deadline to complete Non-Expert Discovery:  extended from February 24, 2012 to

8  May 18, 2012.

9  2.  Deadline for Expert Disclosure:  extended from March 30, 2012 to June 18, 2012.

10  3.  Deadline for Supplemental Expert Disclosure:  extended from April 27, 2012 to July

11  16, 2012.

12  4.  Deadline for Expert Discovery:  extended from May 25, 2012 to August 13, 2012.

13  5.  Deadline for Non-Dispositive Motions:  extended from June 1, 2012 to August 20,

14  2012.

15  6.  Deadline for Dispositive Motions:  extended from June 29, 2012 to September 24,

16  2012.

17  7.  Pretrial Conference: continued from September 27, 2012, at 8:30 a.m., in Courtroom

18  2, to whatever date the Court deems appropriate, except that the parties already have

19  another matter on calendar for a Pretrial Conference on December 21, 2012 and

20  counsel for Plaintiff would respectfully request that the pretrial conference in this

21  matter not be set between December 22, 2012 and January 12, 2013 because counsel

22  anticipates being on vacation during those dates.

23  8.  Jury Trial:  continued from November 6, 2012 to whatever date the Court deems

24  appropriate, except that the parties already have a matter set for jury trial on February

25  26, 2013, so the parties would respectfully request that this matter be set for trial at

26  least three weeks prior to or three weeks after February 26, 2013.

27  //
//

28

STIPULATED REQUEST TO VACATE TRIAL DATE AND ISSUE NEW SCHEDULING ORDER: CASE NO.
1:11-CV-00540-AWI-GSA

1       In compliance with the applicable General Order, as filing party, Plaintiff attests that all

2   signatories below concur in the filing of this document.

3   DATED:  February 7, 2012                  LAW OFFICE OF ALONZO J. GRADFORD
                                           LAW OFFICE OF SANJAY S. SCHMIDT

4                                              BY:    /s/ Sanjay S. Schmidt

5                                              Attorneys for Plaintiff

6   DATED:  February 7, 2012                  MODESTO CITY ATTORNEY'S OFFICE

7

8                                              BY:    /s/ James F. Wilson

9                                              Attorneys for Defendants

10

## ORDER

11

12       IT IS SO ORDERED, as stated in paragraphs 1 through 6 above.  The Pretrial

13   Conference currently set for September 27, 2012 shall be continued to March 21, 2013, at 8:30

14   a.m., in Courtroom 2.  The Jury Trial currently set for November 6, 2012 shall be continued to

15   May 14, 2013, at 8:30 a.m., in Courtroom 2.  All other orders contained in the Scheduling Order

16   of June 3, 2011 remain in full force and effect.

17

18

19

20

21

22   IT IS SO ORDERED.

23       Dated:  __**February 9, 2012**__           ____**/s/ Gary S. Austin**

24                                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATED REQUEST TO VACATE TRIAL DATE AND ISSUE NEW SCHEDULING ORDER: CASE NO.
1:11-CV-00540-AWI-GSA