1  **LAW OFFICE OF ALONZO GRADFORD**
Attorney at Law (SB# 244201)
2  1202 "H" St., Suite C
Modesto, California 95354
3  Telephone:    (209) 408-0342
Facsimile:    (209) 408-0797
4

5  **LAW OFFICE OF SANJAY S. SCHMIDT**
Attorney at Law (SB# 247475)
6  1686 Second St., Suite 219
Livermore, CA 94550
7  Telephone:    (925) 215-7733
Facsimile:    (925) 455-2486
8
Attorneys for Plaintiff
9

10  **SUSANA ALCALA WOOD**
City Attorney (SBN 156366)
11  **JAMES F. WILSON**
Senior Deputy City Attorney (SBN 107289)
12  City of Modesto
P.O. Box 642
13  1010 Tenth Street, Suite 6300
Modesto, California 95353
14  Telephone: (209) 577-5284
Facsimile: (209) 544-8260
15

16  Attorneys for Defendants

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19                              **FRESNO DIVISION**

| ARMANDO OLVERA, | CASE NO. 1:11-CV-00540-AWI-GSA |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; ORDER THEREON** |
| vs. | |
| OFFICERS MARK ULRICH, BRADLEY BEAVERS, BRIAN KLEIBER, RANDY RADUECHEL, SERGEANT TIM HELTON, DOES 1 THROUGH 30, and CITY OF MODESTO, a municipal corporation, | The Honorable Gary S. Austin |
| Defendants. | |

1
STIPULATED REQUEST TO AMEND SCHEDULING ORDER: CASE NO. 1:11-CV-00540-AWI-GSA

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

A. The Current Scheduling Order (Dkt. #15) set forth the following deadlines and dates:
   a. Non-Expert Discovery: 5/18/2012;
   b. Expert Disclosures: 6/18/2012;
   c. Supplemental Expert Disclosures: 7/16/2012;
   d. Expert Discovery:  8/13/2012;
   e. Non-Dispositive Motions filed by 8/20/2012;
   f. Dispositive Motions filed by 9/24/2012;
   g. Pretrial Conference:  3/21/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Chief Judge Ishii;
   h. Jury Trial set for 5/14/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Judge Anthony W. Ishii.

B. The parties wish to attempt to accommodate the schedules of deponents as much as is practicable, so as to minimize the inconvenience to both deponents and to parties. Reconciling the schedules of Plaintiff's counsel and the various officer Defendants and still completing the necessary depositions and follow-up written discovery prior to the May 18, 2012 cutoff date is going to be highly impracticable; in view of the flexibility permitted by the current May 14, 2013 trial date, a scheduling order that extended and spaced out the cutoff dates by an additional 60-75 days would enable the parties to complete the anticipated discovery, while still accommodating deponents' schedules as much as practicable.

C. Based on the circumstances described above, the parties now respectfully and jointly request that the court issue an amended scheduling order, which maintains the same Pretrial Conference and Jury Trial dates as previously ordered, but which extends the discovery and motion deadlines, as set forth below.

WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court order that the Scheduling Order (Dkt. #15) be amended or modified to reflect the deadlines listed below, which retain approximately the same intervals as presently exist between the successive dates:

1. Deadline to complete Non-Expert Discovery:  extended from May 18, 2012 to August 3, 2012;

2. Deadline for Expert Disclosure:  extended from June 18, 2012 to September 4, 2012;

3. Deadline for Supplemental Expert Disclosure:  extended from to July 16, 2012 to October 4, 2012;

4. Deadline for Expert Discovery:  extended from August 13, 2012 to November 8, 2012;

5. Deadline for Non-Dispositive Motions filing deadline:  extended from August 20, 2012 to December 7, 2012;

6. Deadline for Dispositive Motions filing deadline:  extended from September 24, 2012 to January 11, 2013;

7. The Pretrial Conference and Jury Trial dates would remain as set.

In compliance with the applicable General Order, as filing party, Plaintiff attests that all signatories below concur in the filing of this document.

DATED:  April 9, 2012        LAW OFFICE OF ALONZO J. GRADFORD
                             LAW OFFICE OF SANJAY S. SCHMIDT

                             BY:    /s/ Sanjay S. Schmidt

                             Attorneys for Plaintiff

DATED:  April 9, 2012        MODESTO CITY ATTORNEY'S OFFICE

                             BY:    /s/ James F. Wilson

                             Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 10, 2012**           **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE