1

**LAW OFFICE OF SANJAY S. SCHMIDT**
Attorney at Law (SB# 247475)

2

1686 Second St., Suite 219

3

Livermore, CA 94550
Telephone:    (925) 215-7733

4

Facsimile:    (925) 455-2486

5

**LAW OFFICE OF ALONZO GRADFORD**
Attorney at Law (SB# 244201)

6

1202 "H" St., Suite C

7

Modesto, California 95354
Telephone:    (209) 408-0342

8

Facsimile:    (209) 408-0797

9

Attorneys for Plaintiff

10

**SUSANA ALCALA WOOD**

11

City Attorney (SBN 156366)
**JAMES F. WILSON**

12

Senior Deputy City Attorney (SBN 107289)
City of Modesto

13

P.O. Box 642

14

1010 Tenth Street, Suite 6300
Modesto, California 95353

15

Telephone: (209) 577-5284
Facsimile: (209) 544-8260

16

17

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

18

**EASTERN DISTRICT OF CALIFORNIA**

19

**FRESNO DIVISION**

20

**ARMANDO OLVERA**,                          CASE NO. 1:11-CV-00540-AWI-GSA

Plaintiff,                          **STIPULATED REQUEST FOR AN**

21

**AMENDED SCHEDULING ORDER;**
vs.                                 **ORDER THEREON**

22

**OFFICERS MARK ULRICH, BRADLEY**           The Honorable Gary S. Austin

23

**BEAVERS, BRIAN KLEIBER, RANDY**

24

**RADUECHEL, SERGEANT TIM HELTON,**
**DOES 1 THROUGH 30, and CITY OF**

25

**MODESTO, a municipal corporation,**

26

Defendants.

27

28

1

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

A. The Current Scheduling Order (Dkt. #17) set forth the following deadlines and dates:
   a. Non-Expert Discovery: 8/03/2012;
   b. Expert Disclosure: 9/04/2012;
   c. Supplemental Expert Disclosures: 10/04/2012;
   d. Expert Discovery: 11/08/2012;
   e. Non-Dispositive Motions filed by 12/07/2012;
   f. Dispositive Motions filed by 1/11/2013;
   g. Pretrial Conference: 3/21/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Chief Judge Ishii;
   h. Jury Trial set for 5/14/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Judge Anthony W. Ishii.

B. The parties previously scheduled depositions that were to be conducted in advance of the August 3, 2012 non-expert discovery cutoff date. However, the depositions had to be canceled and re-scheduled due to unforeseen circumstances that required counsel for the Defendants to leave town on short notice. Counsel for the Defendants and counsel for Plaintiff diligently attempted to complete the depositions prior to the cutoff date, but the schedules of the deponents and counsel did not permit this. The parties were able to re-schedule the depositions and they were to be conducted on August 31, 2012. However, on August 27, 2012, one of the deponents, Defendant Ulrich, notified counsel for the Defendants that he would be unavailable for the deposition, due to a death in his family. The first available date on everyone's calendars on which to re-set the depositions is September 26, 2012; they have been re-scheduled for that date.

C. As a result of the unanticipated re-scheduling of the depositions, it is now impossible to comply with the expert disclosure deadline and successive dates; this will necessarily require that the disclosure deadline and successive dates be extended in a fashion that accounts for the rescheduled depositions, with the Pretrial Conference date either remaining as set or being re-scheduled if the Court deems it necessary and the Jury Trial date remaining as set.

D. Based on the circumstances described above, the parties now respectfully and jointly

2

request that the court issue an amended scheduling order, which extends the

discovery and motion deadlines, as set forth below.

WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court

order that the Scheduling Order (Dkt. #17) be amended or modified to reflect the deadlines listed

below, which retain approximately the same intervals as presently exist between the successive

dates:

1.  Deadline to complete Non-Expert Discovery:  extended from August 3, 2012 to
    October 3, 2012;

2.  Deadline for Expert Disclosure:  extended from September 4, 2012 to November 5,
    2012;

3.  Deadline for Supplemental Expert Disclosure:  extended from October 4, 2012 to
    December 4, 2012;

4.  Deadline for Expert Discovery:  extended from November 8, 2012 to January 11,
    2013;

5.  Deadline for Non-Dispositive Motions filing deadline:  extended from December 7,
    2012 to February 8, 2013;

6.  Deadline for Dispositive Motions filing deadline:  extended from January 11, 2013 to
    March 8, 2013;

7.  The Jury Trial date of May 14, 2013 would remain as set, as would the Pretrial
    Conference date, but if the Court deems it appropriate, the Pretrial Conference would
    be re-scheduled.

1    In compliance with the applicable General Order, as filing party, Plaintiff attests that all

2    signatories below concur in the filing of this document.

3    DATED:  August 31, 2012                    LAW OFFICE OF SANJAY S. SCHMIDT
                                                 LAW OFFICE OF ALONZO J. GRADFORD
4
                                                 BY:     /s/ Sanjay S. Schmidt
5
                                                 Attorneys for Plaintiff
6
7    DATED:  August 31, 2012                    MODESTO CITY ATTORNEY'S OFFICE

8                                                BY:     /s/ James F. Wilson

9                                                Attorneys for Defendants

10

11

12

13

14                                           **ORDER**

15           IT IS SO ORDERED that paragraphs 1 through 6 above are adopted, however, paragraph

16   7 is not adopted.  IT IS FURTHER ORDERED THAT the Pretrial Conference currently set for

17   March 21, 2013, is continued to May 30, 2013, at 8:30 a.m., and the Trial date currently set for

18   May 14, 2013, is continued to July 23, 2013, at 8:30 a.m. in Courtroom 2 before Judge Ishii.

19           The Court notes this is the parties' third stipulated request to modify the scheduling

20   order.  Counsel are warned that any future stipulations to modify the scheduling order will be

21   looked upon with disfavor absent extraordinary circumstances.

22

23

24

25

26

27

28
                                                 4
     STIPULATED REQUEST TO AMEND SCHEDULING ORDER: CASE NO. 1:11-CV-00540-AWI-GSA

1

2

3

IT IS SO ORDERED.

4

Dated:   __September 4, 2012__                    _____/s/ Gary S. Austin__

5                                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO AMEND SCHEDULING ORDER: CASE NO. 1:11-CV-00540-AWI-GSA