**LAW OFFICE OF SANJAY S. SCHMIDT**
Attorney at Law (SB# 247475)
1686 Second St., Suite 219
Livermore, CA 94550
Telephone:   (925) 215-7733
Facsimile:   (925) 455-2486

**LAW OFFICE OF ALONZO GRADFORD**
Attorney at Law (SB# 244201)
1202 "H" St., Suite C
Modesto, California 95354
Telephone:   (209) 408-0342
Facsimile:   (209) 408-0797

Attorneys for Plaintiff


**SUSANA ALCALA WOOD**
City Attorney (SBN 156366)
**JAMES F. WILSON**
Senior Deputy City Attorney (SBN 107289)
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARMANDO OLVERA**, | **CASE NO. 1:11-CV-00540-AWI-GSA** |
| Plaintiff, | **STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; ORDER THEREON** |
| vs. | |
| OFFICERS MARK ULRICH, BRADLEY BEAVERS, BRIAN KLEIBER, RANDY RADUECHEL, SERGEANT TIM HELTON, DOES 1 THROUGH 30, and CITY OF MODESTO, a municipal corporation, | The Honorable Gary S. Austin |
| Defendants. | |

1    The parties stipulate as set forth in the numbered paragraphs below, based on the
2    following facts:
3    A. The Current Scheduling Order (Dkt. #17) set forth the following deadlines and dates:
     a. Non-Expert Discovery: 8/03/2012;
     b. Expert Disclosure: 9/04/2012;
     c. Supplemental Expert Disclosures: 10/04/2012;
     d. Expert Discovery:  11/08/2012;
     e. Non-Dispositive Motions filed by 12/07/2012;
     f. Dispositive Motions filed by 1/11/2013;
     g. Pretrial Conference:  3/21/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Chief Judge Ishii;
     h. Jury Trial set for 5/14/2013 at 08:30 AM in Courtroom 2 (AWI) before the Hon. Judge Anthony W. Ishii.

B. The parties previously scheduled depositions that were to be conducted in advance of the August 3, 2012 non-expert discovery cutoff date.  However, the depositions had to be canceled and re-scheduled due to unforeseen circumstances that required counsel for the Defendants to leave town on short notice.  Counsel for the Defendants and counsel for Plaintiff diligently attempted to complete the depositions prior to the cutoff date, but the schedules of the deponents and counsel did not permit this.  The parties were able to re-schedule the depositions and they were to be conducted on August 31, 2012.  However, on August 27, 2012, one of the deponents, Defendant Ulrich, notified counsel for the Defendants that he would be unavailable for the deposition, due to a death in his family.  The first available date on everyone's calendars on which to re-set the depositions is September 26, 2012; they have been re-scheduled for that date.

C. As a result of the unanticipated re-scheduling of the depositions, it is now impossible to comply with the expert disclosure deadline and successive dates; this will necessarily require that the disclosure deadline and successive dates be extended in a fashion that accounts for the rescheduled depositions, with the Pretrial Conference date either remaining as set or being re-scheduled if the Court deems it necessary and the Jury Trial date remaining as set.

D. Based on the circumstances described above, the parties now respectfully and jointly

2
STIPULATED REQUEST TO AMEND SCHEDULING ORDER: CASE NO. 1:11-CV-00540-AWI-GSA

request that the court issue an amended scheduling order, which extends the discovery and motion deadlines, as set forth below.

WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court order that the Scheduling Order (Dkt. #17) be amended or modified to reflect the deadlines listed below, which retain approximately the same intervals as presently exist between the successive dates:

1. Deadline to complete Non-Expert Discovery: extended from August 3, 2012 to October 3, 2012;
2. Deadline for Expert Disclosure: extended from September 4, 2012 to November 5, 2012;
3. Deadline for Supplemental Expert Disclosure: extended from October 4, 2012 to December 4, 2012;
4. Deadline for Expert Discovery: extended from November 8, 2012 to January 11, 2013;
5. Deadline for Non-Dispositive Motions filing deadline: extended from December 7, 2012 to February 8, 2013;
6. Deadline for Dispositive Motions filing deadline: extended from January 11, 2013 to March 8, 2013;
7. The Jury Trial date of May 14, 2013 would remain as set, as would the Pretrial Conference date, but if the Court deems it appropriate, the Pretrial Conference would be re-scheduled.

3
STIPULATED REQUEST TO AMEND SCHEDULING ORDER: CASE NO. 1:11-CV-00540-AWI-GSA

In compliance with the applicable General Order, as filing party, Plaintiff attests that all signatories below concur in the filing of this document.

DATED:  August 31, 2012  LAW OFFICE OF SANJAY S. SCHMIDT
LAW OFFICE OF ALONZO J. GRADFORD

BY:   /s/ Sanjay S. Schmidt

Attorneys for Plaintiff

DATED:  August 31, 2012  MODESTO CITY ATTORNEY'S OFFICE

BY:   /s/ James F. Wilson

Attorneys for Defendants

## ORDER

IT IS SO ORDERED that paragraphs 1 through 6 above are adopted, however, paragraph 7 is not adopted.  IT IS FURTHER ORDERED THAT the Pretrial Conference currently set for March 21, 2013, is continued to May 30, 2013, at 8:30 a.m., and the Trial date currently set for May 14, 2013, is continued to July 23, 2013, at 8:30 a.m. in Courtroom 2 before Judge Ishii.

The Court notes this is the parties' third stipulated request to modify the scheduling order.  Counsel are warned that any future stipulations to modify the scheduling order will be looked upon with disfavor absent extraordinary circumstances.

IT IS SO ORDERED.

    Dated: **September 4, 2012**          **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE