JAMES F. WILSON, Senior Deputy City Attorney, SB #107289
SUSANA ALCALA WOOD, City Attorney, SB#156366
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353

Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants City of Modesto,
Modesto Police Department, Mark Ulrich,
Bradley Beavers, Brian Kleiber, Randy
Raduechel and Tim Helton, municipal employees

**Alonzo J. Gradford (SB# 244201)**
LAW OFFICE OF ALONZO J. GRADFORD
1202 "H" St., Suite C
Modesto, California 95354
Ofc. Phone: (209) 408-0342
Facsimile: (209) 408-0797

**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone: (925) 215-7733
Facsimile: (925) 455-2486
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **ARMANDO OLVERA,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF MODESTO, MODESTO POLICE DEPARTMENT, MODESTO POLICE OFFICERS MARK ULRICH (#10170), BRADLEY BEAVERS (#11196), BRIAN KLEIBER (#103550, RANDY RADUECHEL (#11267) AND SGT. TIM HELTON (#10295), DOES 1 through 30,**<br><br>Defendants. | No. 1:11-CV-00540-AWI-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS BRADLEY BEAVERS, BRIAN KLEIBER, RANDY RADUECHEL AND TIMOTHY HELTON AND CERTAIN CLAIMS AGAINST DEFENDANTS CITY OF MODESTO, MODESTO POLICE DEPARTMENT AND MARK ULRICH** |

**STIPULATION**

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.  All claims brought by plaintiff Armando Olvera against defendants Bradley Beavers, Brian Kleiber, Randy Raduechel and Sgt. Timothy Helton shall be dismissed with prejudice

2.  Plaintiff's second cause of action raising a Title 42 U.S.C. section 1983 claim against the defendant City of Modesto shall be dismissed with prejudice;

3.  Plaintiff's tenth cause of action under California Civil Code section 52.1 shall be dismissed without prejudice to its renewal and further litigation in this action if the current case law requiring an act or threat of violence separate from the constitutional violation claimed is changed so as to remove that requirement prior to the completion of the trial in this action.

4.  In recognition of the fact that plaintiff's sixth cause of action claiming "assault by means of force likely to produce great bodily injury" is subsumed in plaintiff's seventh cause of action for assault, plaintiff's sixth cause of action for "assault by means of force likely to produce great bodily injury" shall be dismissed with prejudice;

It is further stipulated and agreed that, as to each and every cause of action so dismissed pursuant to this stipulation, each party shall bear his, her or its own costs of litigation, including attorney's fees.

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Date: January 23, 2013                    SUSANA ALCALA WOOD
                                          City Attorney


                                          By: _____/S/_____
                                               JAMES F. WILSON
                                               Senior Deputy City Attorney
                                               Attorneys for Defendants


Date: January 23, 2013                    LAW OFFICE OF ALONZO J. GRADFORD
                                          LAW OFFICE OF SANJAY S. SCHMIDT


                                          By: _____/S/_____
                                               SANJAY S. SCHMIDT
                                               Attorneys for Plaintiff

# ORDER

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties which is recited above, certain claims brought by the plaintiff Armando Olvera in the within action shall be, and hereby are **DISMISSED** as follows:

1. All claims brought by plaintiff Armando Olvera against defendants Bradley Beavers, Brian Kleiber, Randy Raduechel and Sgt. Timothy Helton are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's second cause of action raising a Title 42 U.S.C. section 1983 claim against the defendant City of Modesto is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's tenth cause of action under California Civil Code section 52.1 is **DISMISSED WITHOUT PREJUDICE** to its renewal and further litigation in this action if the current case law requiring an act or threat of violence separate from the constitutional violation claimed is changed so as to remove that requirement prior to the completion of the trial in this action.

4. Plaintiff's sixth cause of action claiming "assault by means of force likely to produce great bodily injury" is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that, pursuant to that same stipulation, as to each and every cause of action so dismissed pursuant to this stipulation and order, each party shall bear his, her or its own costs of litigation, including attorney's fees.

IT IS SO ORDERED.

Dated:   January 24, 2013

_____
SENIOR DISTRICT JUDGE