**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:    (925) 215-7733
Facsimile:      (925) 455-2486

**Tai C. Bogan (SB# 241784)**
LAW OFFICE OF TAI C. BOGAN
1202 "H" St., Suite D
Modesto, California 95354
Ofc. Phone:    (209) 566-9591
Facsimile:      (209) 566-9668

Attorneys for Plaintiff Armando Olvera

**SUSANA ALCALA WOOD**
City Attorney (SBN 156366)
**JAMES F. WILSON**
Senior Deputy City Attorney (SBN 107289)
City of Modesto
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ARMANDO OLVERA,<br><br>           Plaintiff,<br><br>vs.<br><br>CITY OF MODESTO, a municipal corporation, and MARK ULRICH,<br><br>           Defendants. | **CASE NO. 1:11-CV-00540-AWI-GSA**<br><br>**STIPULATED REQUEST TO RE-SET HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND ORDER**<br><br>Date: April 15, 2013<br>Time: 1:30 p.m.<br>Dept: 2<br>Judge: Hon. Anthony W. Ishii |

1
STIPULATED REQUEST TO RE-SET HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:  CASE NO. 1:11-CV-00540-AWI-GSA

The parties hereby respectfully stipulate as follows:

A. This matter has been set for a hearing on Defendants' motion, which was filed on March 8, 2013 and styled as Defendants' Motion for Summary Judgment or, In the Alternative Partial Judgment.

B. The hearing on Defendants' motion was set for April 15, 2013, at 1:30 p.m.; however, the office of counsel for Defendants inadvertently set this date prior to confirming the availability of counsel for Plaintiff. Unfortunately, counsel for Plaintiff is unavailable on April 15, 2013 because counsel must appear for a hearing on a different matter in a different county.

WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court **vacate** the **April 15, 2013** hearing date **and re-set** the hearing on Defendants' motion to **April 29, 2013**, at 1:30, in D-2, before the Hon. Anthony W. Ishii.

Plaintiff attests that all signatories below concur in the filing of this document.

DATED: March 19, 2013               LAW OFFICE OF SANJAY S. SCHMIDT
                                    LAW OFFICE OF TAI C. BOGAN

                                    BY:   /s/ Sanjay S. Schmidt
                                    Attorneys for Plaintiff


DATED: March 19, 2013               MODESTO CITY ATTORNEY'S OFFICE

                                    BY:   /s/ James F. Wilson
                                    Attorneys for Defendants

2
STIPULATED REQUEST TO RE-SET HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:  CASE NO. 1:11-CV-00540-AWI-GSA

# ORDER

Having considered the parties' stipulation, requesting that the hearing on Defendants' pending motion be vacated and re-set, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing currently set to be held on April 15, 2013, at 1:30, in D-2, on Defendants' Motion for Summary Judgment or, In the Alternative Partial Summary Judgment, is hereby vacated; the hearing is re-set to April 29, 2013, at 1:30, in D-2, before the Hon. Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   March 19, 2013                    _____
                                            SENIOR DISTRICT JUDGE

---

3
STIPULATED REQUEST TO RE-SET HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:  CASE NO. 1:11-CV-00540-AWI-GSA