**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone: (925) 215-7733
Facsimile: (925) 455-2486
Email: sanjay.schmidt@gmail.com

**Tai C. Bogan (SB# 241784)**
LAW OFFICE OF TAI C. BOGAN
1202 "H" St., Suite D
Modesto, California 95354
Ofc. Phone: (209) 566-9591
Facsimile: (209) 566-9668
Email: taiboganlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARMANDO OLVERA, | CASE NO. 1:11-CV-00540-AWI-GSA |
| Plaintiff, | ORDER, VACATING AND RE-SETTING JURY TRIAL |
| vs. | Trial Date: July 23, 2013 |
| CITY OF MODESTO, a municipal corporation, and MARK ULRICH, | Time:  8:30 a.m.<br>Department:  2, 8th Floor<br>Judge:  Hon. Judge Anthony W. Ishii |
| Defendants. | |

Having considered the parties' Stipulated Request, requesting an Order Vacating and Re-Setting the Jury Trial in this action, currently set for July 23, 2013, and re-setting the trial to November 12, and good cause appearing therefor,

1

[PROPOSED] ORDER, VACATING AND RE-SETTING JURY TRIAL: CASE NO. 1:11-CV-00540-AWI-GSA

1  IT IS HEREBY ORDERED that the parties' stipulated request is granted.  The Jury Trial, currently set for July 23, 2013, is hereby vacated and re-set to November 12, 2013, at 8:30 a.m., in Department 2, before the Hon. Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  April 23, 2013

_____
SENIOR DISTRICT JUDGE