# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OLVERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MODESTO and MODESTO POLICE OFFICER MARK ULRICH (#10170),<br><br>　　　　Defendants. | 1:11-CV-0540 AWI GSA<br><br>ORDER VACATING APRIL 29, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendant has filed a motion for summary judgment. The hearing has been set for April 29, 2013. Plaintiff has filed an opposition to the motion. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 29, 2013 is VACATED and the parties shall not appear at that time. As of April 29, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　April 25, 2013　　　　　　　　　　　／s／ [signature]
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE