**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone: (925) 215-7733
Facsimile: (925) 455-2486
Email: sanjay.schmidt@gmail.com

**Tai C. Bogan (SB# 241784)**
LAW OFFICE OF TAI C. BOGAN
1202 "H" St., Suite D
Modesto, California 95354
Ofc. Phone: (209) 566-9591
Facsimile: (209) 566-9668
Email: taiboganlaw@gmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ARMANDO OLVERA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MODESTO, a municipal corporation, and MARK ULRICH,<br><br>    Defendants. | CASE NO. 1:11-CV-00540-AWI-GSA<br><br>**ORDER, VACATING PRETRIAL CONFERENCE & JURY TRIAL DATES AND INSTEAD, SETTING A CASE MANAGEMENT CONFERENCE / TRIAL SETTING CONFERENCE SHORTLY AFTER THE ISSUANCE OF THE COURT'S RULING ON THE DEFENDANTS' PENDING MOTION**<br><br>Trial Date: November 12, 2013<br>Time: 8:30 a.m.<br>Department: 2, 8th Floor<br>Judge: Hon. Judge Anthony W. Ishii |

Having considered the parties' Stipulated Request, requesting an order vacating the currently set Pretrial Conference and Jury Trial dates in this action, and the request that a Case Management Conference/Trial Setting Conference be held instead, at a time very soon after the Court issues its ruling on the Defendants' pending motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' stipulated request is granted.  The Pretrial

1
[PROPOSED] ORDER, VACATING AND RE-SETTING JURY TRIAL: CASE NO. 1:11-CV-00540-AWI-GSA

Conference, currently set for October 10, 2013 and Jury Trial, currently set for November 12, 2013, is hereby vacated. A Case Management Conference/Trial Setting Conference will be set shortly after the Court issues its order on Defendants' pending motion on a date to-be-determined, in Department 2, before the Hon. Judge Anthony W. Ishii, at which counsel for the parties may appear telephonically.

IT IS SO ORDERED.

Dated:   September 28, 2013

SENIOR DISTRICT JUDGE