1

**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT

2

1686 Second St., Suite 219
Livermore, California 94550

3

Ofc. Phone: (925) 215-7733

4

Facsimile: (925) 455-2486
Email: sanjay.schmidt@gmail.com

5

6

**Tai C. Bogan (SB# 241784)**
LAW OFFICE OF TAI C. BOGAN

7

1202 "H" St., Suite D
Modesto, California 95354

8

Ofc. Phone: (209) 566-9591
Facsimile: (209) 566-9668

9

Email: taiboganlaw@gmail.com

10

Attorneys for Plaintiff

11

**UNITED STATES DISTRICT COURT**

12

**EASTERN DISTRICT OF CALIFORNIA**

13

**FRESNO DIVISION**

14

**ARMANDO OLVERA,**

**CASE NO. 1:11-CV-00540-AWI-GSA**

15

**Plaintiff,**

**ORDER, VACATING PRETRIAL CONFERENCE & JURY TRIAL DATES**

16

**vs.**

**AND INSTEAD, SETTING A CASE MANAGEMENT CONFERENCE / TRIAL SETTING CONFERENCE**

17

**CITY OF MODESTO, a municipal corporation, and MARK ULRICH,**

**SHORTLY AFTER THE ISSUANCE OF THE COURT'S RULING ON THE DEFENDANTS' PENDING MOTION**

18

**Defendants.**

19

**Trial Date:  November 12, 2013**

20

**Time:  8:30 a.m.**
**Department:  2, 8th Floor**

21

**Judge:  Hon. Judge Anthony W. Ishii**

22

Having considered the parties' Stipulated Request, requesting an order vacating the

23

24

currently set Pretrial Conference and Jury Trial dates in this action, and the request that a Case

25

Management Conference/Trial Setting Conference be held instead, at a time very soon after the

26

Court issues its ruling on the Defendants' pending motion, and good cause appearing therefor,

27

IT IS HEREBY ORDERED that the parties' stipulated request is granted.  The Pretrial

28

1

1   Conference, currently set for October 10, 2013 and Jury Trial, currently set for November 12,

2   2013, is hereby vacated.  A Case Management Conference/Trial Setting Conference will be set

3   shortly after the Court issues its order on Defendants' pending motion on a date to-be-

4   determined, in Department 2, before the Hon. Judge Anthony W. Ishii, at which counsel for the

5   parties may appear telephonically.

6

7

8

9   IT IS SO ORDERED.

10  Dated:   September 28, 2013             _____

11                                          SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   2