1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO OLVERA,** | **CASE NO. 1:14-CV-0401 AWI BAM** |
| Plaintiff, | **ORDER VACATING SEPTEBMER 8, 2014 HEARING DATE** |
| v. | |
| **CITY OF MODESTO, a municipal corporation, and  MARK ULRICH** | |
| Defendant. | |

Plaintiff has filed a motion for reinstatement of his claim brought pursuant to Section 52.1 of the California Constitution.   Plaintiff set the hearing date on this motion for September 8, 2014.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 8, 2014, is VACATED, and the parties shall not appear at that time.  As of September 8, 2014, the Court will take the matter under submission, and the Court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 4, 2014                                    _____

                                                                                    SENIOR  DISTRICT  JUDGE