1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARMANDO OLVERA, | Case No: 1:11-cv-00540-AWI-GSA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| CITY OF MODESTO, a municipal corporation; and MARK ULRICH, | |
| Defendants. | |

2512142.1

**STIPULATION**

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reached a collective settlement on all issues raised in this matter. The terms of which are set forth in a written agreement.

2. The Parties seek to dismiss all claims presented in the Complaint with prejudice pursuant to the terms of the respective settlement agreements, as more fully set forth within the Settlement Agreements and Releases executed by and between the Parties.

3. The terms of the settlement have been fully performed by issuance of a check in the amount of $105,000.00 (one hundred and five thousand and no cents), which Plaintiff has requested be made to "Law Office of Sanjay S. Schmidt Attorney-Client Trust Account (IOLTA)" and was delivered to the Law Office of Sanjay S. Schmidt.

4. The parties wish to dismiss the entire action with prejudice.

WHEREFORE, the parties hereby stipulate and agree as follows:

1. The above-captioned case shall be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41.

2. Each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: September 28, 2015          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/S/ Blake P. Loebs_____
Blake P. Loebs
Attorneys for Defendants
CITY OF MODESTO and MARK ULRICH

(Signatures continue on following page)

2512142.1                                1
STIPULATION AND ORDER FOR DISMISSAL [1:11-cv-00540-AWI-GSA]

1  DATED: September 28, 2015              LAW OFFICE OF SANJAY S. SCHMIDT

2

3
                                          By:      /S/ Sanjay S. Schmidt
4                                                 Sanjay S. Schmidt
                                                  Attorneys for Plaintiff ARMANDO OLVERA
5

6

7  DATED: September 28, 2015              LAW OFFICE OF TAI C. BOGAN

8

9
                                          By:      /S/ Tai C. Bogan
10                                                Tai C. Bogan
                                                  Attorneys for Plaintiff ARMANDO OLVERA
11

12                          **Local Rule 131(e) Attestation**

13      Pursuant to Local Rule 131(e), approval has been obtained from counsel to submit this

14  document on counsel's behalf.

15  Dated: September 28, 2015              By:       /S/ Blake P. Loebs

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties which is recited above.

IT IS FURTHER ORDERED that, pursuant to the same stipulation, as to each and every cause of action so dismissed pursuant to this stipulation and order, each party shall bear his, her or its own costs of litigation, including attorneys' fees. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   September 28, 2015                    _____
                                                SENIOR  DISTRICT  JUDGE